PHILLIP A. TALBERT
Acting United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

**SEALED**

FILED
SEP 08 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:16-CR-0171 KJM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | ORDER TO SEAL |
| MARIA SEFORA SANTA, and VIRGIL SEVER SANTA, | (UNDER SEAL) |
| Defendants, | |

The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Jared C. Dolan to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: 9/8/2016

_____
HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge