UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 14, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VIRGIL SEVER SANTA,

    Defendant.

Case No. 2:16-cr-00171-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  VIRGIL SEVER SANTA ,

Case No. 2:16-cr-00171-KJM  from custody for the following reasons:

    _____ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $  40,000 secured by property

    __X__ Unsecured Appearance Bond $  $110,000 ($100,000 cosigned by Mr. Lusco and Ms. Ciurar; $10,000 cosigned by Maria Nieto)

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): Report to Pretrial Services at ~~9:00~~ 10:30 AM on 9/15/2016

Issued at Sacramento, California on September 14, 2016 at  3:15 pm

By: _____

Magistrate Judge Carolyn K. Delaney