PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>VIRGIL SEVER SANTA,<br><br>                Defendant. | CASE NO. 2:16-CR-00171-KJM<br><br>STIPULATION RE: CONTINUANCE OF MOTION IN LIMINE DEADLINES; ORDER<br><br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Today, this Court filed a Trial Confirmation Order in this matter confirming motions *in limine* filing deadlines, including January 18, 2022, for motions and January 25, 2022, for oppositions. ECF 117. The Order also requires the parties to meet and confer on evidentiary disputes before the motions are filed.

2. Given that January 17, 2022, is a federal holiday, the parties desire extra time (two days) to meet and confer to streamline their motions before the filing deadline.

3. By this stipulation, the parties now move for the Court to continue the filing deadlines as follows:

Motions *in limine* due: January 20, 2022; and

Motions *in limine* opposition briefs Due: January 27, 2022

4.    At this time, the parties are not requesting a continuance of the February 7, 2022, hearing date, unless the Court wishes to continue it.

IT IS SO STIPULATED.

Dated: January 14, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
MATTHEW THUESEN
Assistant United States Attorneys

Dated: January 14, 2022

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
Virgil Sever Santa

**ORDER**

IT IS SO ORDERED this 20th day of January, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE