PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>VIRGIL SEVER SANTA,<br><br>               Defendant. | CASE NO. 2:16-cr-171-DAD<br><br>STIPULATED WAIVER OF JURY TRIAL AND ORDER<br><br>DATE: September 19, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

I, Virgil Sever Santa, am the defendant in the above captioned case. I am aware of my absolute constitutional right to a jury trial.

I understand that a jury consists of twelve impartial citizens selected from the community. In order to ensure that the jurors would be fair and impartial, I understand that the Court would inquire of each potential juror in order to determine if they would be able to apply the law in a fair and impartial manner to my case. My attorney also would be permitted to suggest questions to be asked of jurors, and, at the discretion of the Court, my attorney would be permitted a reasonable amount of time to question jurors directly. Moreover, I understand that my attorney would be able to move to dismiss jurors for cause where there is reason to believe that they would not be fair and impartial. Additionally, I understand that, through the use of preemptory challenges, my attorney could have jurors excused for any reason except the gender, race, ethnicity, or sexual orientation of the potential juror.

I am charged in this case with committing three crimes: Count One charges me with aiding and

abetting failure to surrender for service of sentence, in violation of 18 U.S.C. §§ 2 and 3146(a)(2); Count Two charges me harboring or concealing a person from arrest, in violation of 18 U.S.C. § 1071; and Count Three charges me failure to file reports of foreign bank and financial accounts, in violation of 31 U.S.C. §§ 5314 and 5332(a) and 31 C.F.R. §§ 1010.350, 1010.306(c)-(d), and 1010.840(b). I am aware and understand that, in a jury trial, before I can be convicted of any one of those criminal counts, there must be a unanimous verdict of guilty beyond a reasonable doubt by all twelve jurors on that count. I know that, in a bench trial, only one person, District Judge Dale A. Drozd, would render a verdict of guilty or not guilty beyond a reasonable doubt on each count. I have had adequate time to discuss my right to a jury trial with my attorney. But I also understand that the right to a jury trial belongs to me and only I can decide whether or not to waive this constitutional right.

      Understanding my right to a jury trial, I hereby voluntarily waive my right to a jury trial and consent to a trial of my criminal charges with District Judge Drozd as the trier of fact and judge in the case.

Dated: 9/8/2022

      /s/ Virgil Sever Santa
      VIRGIL SEVER SANTA

      I consent to my client's waiver of his right to jury trial, which I believe is knowingly, intelligently, and voluntarily made.

Dated: 9/8/2022

      /s/ Mark J. Reichel
      MARK J. REICHEL
      Attorney for Defendant
      Virgil Sever Santa

//
//
//
//
//
//

1  On behalf of the United States, I waive its right to a jury trial.

Dated: 9/8/2022                                  PHILLIP A. TALBERT
                                                 United States Attorney

                                          By:   /s/ Matthew Thuesen
                                                 ROBERT J. ARTUZ
                                                 MATTHEW THUESEN
                                                 Assistant United States Attorneys

**ORDER**

Based on the foregoing, and good cause appearing therefrom, the Court finds that defendant Virgil Sever Santa's jury trial waiver is knowingly, intelligently, and voluntarily made. The Court finds the United States also has waived its right to a jury trial. Accordingly, it is hereby ordered that the trial in the above captioned case shall be by the Court and not by jury trial.

IT IS SO ORDERED.

Dated:   **September 9, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE