PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-171 DAD |
|---|---|
| Plaintiff, | ORDER AUTHORIZING DISCLOSURE OF GRAND JURY INFORMATION |
| v. | |
| VIRGIL SEVER SANTA, | |
| Defendant. | |

Upon application of the United States of America and pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i):

IT IS HEREBY ORDERED that the United States is authorized to disclose to the defendant grand jury transcripts and accompanying exhibits related to this case to the extent those materials are discoverable pursuant to the United States' discovery obligations under *Brady v. Maryland*, 373 U.S. (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and/or the Jencks Act, 18 U.S.C. § 2300.

IT IS SO ORDERED.

Dated:  **September 14, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE