1  MARK REICHEL  SBN 155034
   ATTORNEY AT LAW
2  455 Capitol Mall 8th Floor
   Sacramento, CA 95814
3  Telephone:  (916) 498-9258

4

5  Attorney for Defendant SANTA

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,                 CASE NO.  16-CR-0171 DAD

11                          Plaintiff,       ORDER ON MODIFICATION OF PRETRIAL
                                             RELEASE
12               v.
                                             DATE: N/A
13 VIRGIL SANTA,                             TIME: N/A.
                                             COURT: Hon. Dale A. Drozd
14                          Defendants.

15

16        The defendant's Pretrial Supervision terms shall be temporarily modified as follows:

17        His passport is ordered returned to him; he shall be allowed to travel to and from Romania to

18 attend his brother's funeral for the time period of October 25, 2022, to November 16, 2022.  His travel

19 shall be supervised by Pretrial Services. All other terms and conditions of his pretrial release shall

20 remain in full force and effect.

21        IT IS SO ORDERED.

22 Dated:   **October 25, 2022**              _Dale A. Drozd_____
23                                             UNITED STATES DISTRICT JUDGE

24

25

26

27

28