MARK J. REICHEL, State Bar #155034
Attorney at Law
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
Telephone: (916) 498-9258

Attorney for VIRGIL SANTA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-cr-171 DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR RETURN OF PASSPORT |
| v. | |
| VIRGIL SANTA | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorney for defendant, that the passport surrendered by the defendant shall be returned to him, previously being held by the District Court, pursuant to a term of his Pretrial release. The probation officer does not oppose the release of the passport to the defendant.

IT IS HEREBY SO STIPULATED.

Dated: December 7, 2022                     /s/ *MARK REICHEL*
                                             MARK REICHEL
                                             Attorney for Defendant

1

Dated:  December 7, 2022

/s/ *MATTHEW THUESEN*
MATTHEW THUESEN
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   **December 9, 2022**

_____
UNITED STATES DISTRICT JUDGE

2